1
2
3
4
5
6
7
8
9
10

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

11  JESSICA JOHNSON,                   | Case No. 5:23-cv-01249-MAA

12          Plaintiff,                 | **JUDGMENT**

13      v.

14  MARTIN O'MALLEY,
15  Commissioner of Social Security,

16          Defendant.

17

18

19      In accordance with the Memorandum Decision and Order Reversing Decision

20  of the Commissioner and Remanding for Further Administrative Proceedings filed

21  herewith,

22      **IT IS HEREBY ADJUDGED** that the decision of the Commissioner of

23  Social Security is reversed and that this matter is remanded for further

24  administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).

25

26  DATED: June 21, 2024        _____

27                              HONORABLE MARIA A. AUDERO
                                UNITED STATES MAGISTRATE JUDGE
28